IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01285-LTB-MEH

IRA M. DURY,

    Plaintiff,
v.

IRELAND, STAPLETON, PRYOR & PASCOE, P.C., a Colorado professional corporation, and MICHAEL R. MILLER, an individual,

    Defendants.

---

## ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

Pending before the Court is Plaintiff's Motion for Protective Order [filed January 13, 2009; docket #25]. The Court ordered expedited briefing regarding this motion on January 16, 2009. (Docket #27.) Defendant submitted a response; however, Plaintiff did not reply. Oral argument will not assist the Court in adjudicating this motion. The Court orders that, for the reasons stated herein, the motion is **granted**.

Plaintiff is suing Defendants for legal malpractice. Defendants have informally sought personal and business financial records from Plaintiff (relating specifically to Plaintiff's damage calculations) since the Scheduling Conference in late November 2008. Although promising to provide such documents, Plaintiff has not yet provided them. Then, Defendants propounded written discovery. In late December 2008, Plaintiff asked for a thirty-day extension to respond, to which Defendants consented. Now, Plaintiff wants a protective order prior to producing the financial documents, in order to limit Defendants' use of the documents (which Plaintiff will mark "confidential" pursuant to the protective order if entered). Defendants' sole objection is that

Plaintiff has waited too long in providing financial records and has waived his ability to obtain a protective order.

The Court is disappointed in the position of the Defendants. Discovery does not even close until August 31, 2009. The Court asked defense counsel at the Scheduling Conference whether he had any issues with Plaintiff's disclosures, and defense counsel responded that any issues he had he would work out with Plaintiff (and Plaintiff responded the same). Although it appears that Plaintiff's counsel has not provided damage records as soon as promised, Defendants allege no prejudice whatsoever. Entry of the type of protective order sought by Plaintiff is common in this District and, in this Court's opinion, necessary and appropriate when exchanging sensitive financial information. This is the type of dispute that the parties should have been able to resolve without resort to motions practice.

Accordingly, Plaintiff's Motion for Protective Order [filed January 13, 2009; docket #25] is **granted**, and the Court enters the Protective Order contemporaneously with this order.

DATED this 30th day of January, 2009, in Denver, Colorado.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge